AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 28, 2025**

SEAN F. McAVOY, CLERK

BRANDON CASEY PRIES,

*Plaintiff*

v.

SPOKANE COUNTY SHERIFFS OFFICE SEX OFFENDER REGISTRATION UNIT, REGISTRATION SUPERVISOR JOHN DOE and REGISTRATION COORDINATOR RACHALE GRIFFEY,

*Defendant*

Civil Action No.  2:25-cv-00243-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 10, is Granted. Pursuant to the Order filed at ECF No. 11, all claims are Dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke .

Date:  10/28/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*